1  MAYER BROWN LLP
   JOHN NADOLENCO (SBN 181128)
2    *jnadolenco@mayerbrown.com*
   350 South Grand Avenue, 25th Floor
3  Los Angeles, CA  90071-1503
   Telephone: (213) 229-9500
4  Facsimile:  (213) 625-0248

5  Attorney for Defendants
   General Motors Company and
6  General Motors LLC

7

8
                  **UNITED STATED DISTRICT COURT**
9
                  **NORTHERN DISTRICT OF CALIFORNIA**
10

11

12  DAVID KENNEDY, on behalf of himself, and        Case No.  3:21-CV-09984
    all other similarly situated,
                                                   Honorable Judge William H. Orrick III
13
                   Plaintiff,
14                                                 **JOINT STIPULATION OF
          v.                                       VOLUNTARY DISMISSAL WITHOUT
15                                                 PREJUDICE; [PROPOSED] ORDER**
    GENERAL MOTORS COMPANY et al.,
16
                   Defendant.
17

18      Plaintiff David Kennedy and Defendants General Motors Company and General Motors

19  LLC, by and through their respective counsel, hereby stipulate as follows:

20      WHEREAS, Plaintiff filed the above-captioned action on December 23, 2021, and filed an

21  amended complaint on February 2, 2022;

22      WHEREAS, counsel for Defendants informed counsel for Plaintiff that, after seeking to

23  transfer this matter to the Eastern District of Michigan to be consolidated with *In re Chevrolet Bolt*

24  *EV Battery Litigation*, No. 2:20-13256-TGB-CI, Defendants intend to move to compel individual

25  arbitration pursuant to Plaintiff's Lease Agreement (With Arbitration Provision) executed July 26,

26  2021;

27      WHEREAS, counsel for the Parties met and conferred and have agreed to utilize individual

28  arbitration with respect to Plaintiff's claims set forth in the Complaint, and that Plaintiff will

therefore voluntarily dismiss the above-captioned action without prejudice, to proceed in an individual arbitration before the American Arbitration Association under its Consumer Arbitration Rules.

NOW, THEREFORE, the Parties hereby stipulate and agree that this action be dismissed in its entirety and without prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).

IT IS SO STIPULATED

Dated:  February 10, 2022          MAYER BROWN LLP

By:  /s/ John Nadolenco
John Nadolenco
Attorney for Defendants
General Motors Company and
General Motors LLC

Dated:  February 10, 2022          CLARKSON LAW FIRM, P.C.

By:  s/ Yana A. Hart
Yana A. Hart
Attorney for Plaintiff
David Kennedy

ATTESTATION: The Filer attests that concurrence in the filing of this document has been obtained from all signatories.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: February 10, 2022

HON. WILLIAM H. ORRICK
U.S. District Judge

2